# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re:

Brian Keith Ard,

Debtor.

Case No: 16-01874-hb
Chapter: 13

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter comes before the Court pursuant to the consent of Headwaters Financial Corporation ("Movant"), the Debtor, and the Trustee for relief from the automatic stay in this case. It appearing that the motion should be granted, it is therefore,

**ORDERED** that relief from the automatic stay is granted as to the property described as one **2001 Harley Davidson FLSTF**, **Vin#: 1HD1BMY141Y037475**, and that Movant may proceed with its state law remedies against the property, including sending any required notice to Debtor(s). The Movant has agreed to waive any claim arising under 11 U.S.C. § 503(b) or § 507(b) as a result of this Order, and has further agreed that any funds realized in excess of all liens, costs, and expenses will be paid to the Trustee;

**IT IS FURTHER ORDERED** that based upon the consent of the parties regarding the Fed. R. Bankr. P. 4001(a)(3) stay, this order is effective immediately.

**AND IT IS SO ORDERED.**

Bankruptcy Case No.: 16-01874-hb
Consent Order Granting Relief from Stay

**WE CONSENT:**

**HALL & HALL ATTORNEYS AT LAW**


By: /s/ *Ronald J. Hall*
Ronald Jason Hall, Esq.
District Court ID: 09775
P.O. Box 2928
Columbia, SC 29171
803-791-3196
Attorney for Headwaters Financial Corporation




By: /s/ *Edward L. Bailey*
Edward L. Bailey, Esq.
Attorney at Law
251 South Pine Street
Spartanburg, SC 29302
864-582-3733
Attorney for Debtor




By: /s/ *Gretchen D. Holland*
Gretchen D. Holland, Esq.
20 Ropers Corner Circle, Ste. C
Greenville, SC 29615
864-242-0314
Chapter 13 Trustee